# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JAMERIO HUDSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:16-cv-01573-RDP-JHE |
| ) | |
| **ATTORNEY STEVEN EVERSOLE** ) | |
| **and DISTRICT JUDGE DANIEL** ) | |
| **CROWSON,** ) | |
| ) | |
| **Defendants.** | |

## MEMORANDUM OPINION

The Magistrate Judge filed a report on February 20, 2018, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted and for seeking monetary relief from a defendant who is immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(1)-(2). (Doc. 7). The Magistrate Judge further recommended that Plaintiff's state law claims be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3). (*Id.*). Although the Magistrate Judge advised Plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Magistrate Judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in

accordance with 28 U.S.C. § 1915A(b)(1)-(2), Plaintiff's federal claims are due to be dismissed without prejudice for failing to state a claim upon which relief can be granted and for seeking monetary relief from a defendant who is immune from such suit. Additionally, Plaintiff's state law claims asserted in the complaint are due to be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

A Final Judgment will be entered.

**DONE** and **ORDERED** this March 19, 2018.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE